UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SANDRA SINGH

VERSUS

WACKENHUT CORPORATION

CIVIL ACTION

NO. 07-173-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 1, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Sanctions for Plaintiff's Failure to Appear for Deposition and for Expenses and Attorney's Fees Resulting from Same (rec.doc. 26) filed by defendant, Wackenhut Corporation, is granted in part, in that defendant is awarded five hundred dollars ($500.00) in attorney's fees and costs for the failure of plaintiff, Sandra Singh, to attend her deposition in this matter, and denied in part, relative to defendant's request to have this case dismissed.

Baton Rouge, Louisiana, May 8, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA