UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SANDRA SINGH**                                                                                                 **CIVIL ACTION**

**VERSUS**

**WACKENHUT CORPORATION**                                                            **NO. 07-173-C-M2**

## ORDER

This matter is before the Court on the Cost Report and Agreement of the Parties in Response to Court Order of June 6, 2008 (R. Doc. 63) filed by defendant, the Wackenhut Corporation. Considering that such report reflects that the parties have reached an agreement regarding costs and attorney's fees as requested in the undersigned's June 6, 2008 Ruling and Order (R. Doc. 58);

**IT IS ORDERED** that, in accordance with that agreement, plaintiff, Sandra Singh, shall pay the Wackenhut Corporation a total of six hundred dollars ($600.00), in three installments of two hundred dollars ($200.00) per week for the next three (3) consecutive weeks until the total amount is paid.

**IT IS FURTHER ORDERED** that, in the event Singh fails to pay the entire amount agreed upon by the parties within the requisite time period, Wackenhut may renew its motion for attorney's fees and costs in conformity with the Court's June 6, 2008 Ruling and Order.

Signed in chambers in Baton Rouge, Louisiana, July 14, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**