UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SANDRA SINGH

VERSUS

WACKENHUT CORPORATION

CIVIL ACTION

NO. 07-173-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 1, 2008. Plaintiff has filed an objection and defendant has filed a reply which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Partial Summary Judgment (rec. doc. 53) filed by defendant, The Wackenhut Corporation is granted and the following claims filed by plaintiff, Sandra Singh, are dismissed with prejudice: (1) her Title VII race and gender discrimination claims; (2) her claim for mental anguish/humiliation; and (3) her claim for damages for physical pain and suffering.

Baton Rouge, Louisiana, September *10*, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA