UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 DEC -5  A 10: 32

SANDRA SINGH

VERSUS

WACKENHUT CORPORATION

CIVIL ACTION

NO. 07-173-C

## RULING

The court has carefully considered the petition, the record, and the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 2, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment (rec. doc. 68) filed by defendant, The Wackenhut Corporation, will be granted and the remaining claims of the plaintiff, Sandra Singh, will be dismissed with prejudice.

Baton Rouge, Louisiana, December 4, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA